ADELINE H. SHARRETT, as Executrix of HORATIO J. SHARRETT, Deceased, Appellant, *v.* NORTHFIELD SAVINGS AND LOAN ASSOCIATION, Respondent.

Argued October 8, 1947; decided January 8, 1948.

*Farrell M. Kane* and *Lawrence W. Widdecombe* for appellant.
*Frederic W. Lahr* and *William J. Dillon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.